UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20279-CIV-KING

JOSEPH PAGE MESSIER,

    Plaintiff,

v.

TIMOTHY ROBERT DEVINE,

    Defendant.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO RECUSE

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Recuse (D.E. #10), filed May 6, 2009.

As background, the April 24, 2009 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White was affirmed and adopted by the undersigned and the case was closed on April 27, 2009. The Plaintiff requests recusal based upon the fact that the case was closed prior to the ten-day period for filing objections to the R&R.

The undersigned appreciates the Plaintiff's concerns but stresses that he has not been subjected to any prejudicial procedure because the practice of the undersigned <u>always</u> is to reopen the case and consider objections when such have been filed after the case has been closed. This same procedure will be followed (as will be reflected in a separate order) in this case. In the Court's experience, a majority of R&Rs are never objected to; therefore, it would be counterproductive to wait two weeks for decision in all cases.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that the Plaintiff's Motion to Recuse (**D.E. #10**) be, and the same is hereby, **DENIED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of May, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Patrick A. White**

<u>**Counsel for Plaintiff**</u>

**Joseph Page Messier**
PBCS #1602
111 Briny Avenue
Pompano Beach, FL 33062
PRO SE